# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700064**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**MANUEL L. GARCIA**
Aviation Ordnanceman Third Class (E-4), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: CAPT Ann K. Minami, JAGC, USN.
Convening Authority: Commander, Navy Region Northwest,
Silverdale, WA.
Staff Judge Advocate's Recommendation: Commander Justin L.
Hawks, JAGC, USN.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 27 June 2017

———————————————

Before CAMPBELL, FULTON, and GROHARING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court